UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GARNER JONES, aka FRANCIS GARNER JONES, aka FRANK GARDNER JONES, aka FRANCIS GARDER JONES, aka RUSSELL GIBSON, aka FRANKLIN MICHAEL GORDON, aka MICHAEL GORDON,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. EDCV 08-0906-AG(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the

1 | findings of fact and conclusions of law herein; and (3) the petition
2 | is determined to be untimely, and Judgment shall be entered
3 | accordingly.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED:   _February 13, 2009__

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R\08-0906.ado
2/10/09