UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GARNER JONES, aka FRANCIS GARNER JONES, aka FRANK GARDNER JONES, aka FRANCIS GARDER JONES, aka RUSSELL GIBSON, aka FRANKLIN MICHAEL GORDON, aka MICHAEL GORDON,<br><br>          Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Respondent. | Case No. EDCV 08-0906-AG(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are dismissed as untimely.

DATE: February 13, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R\08-0906.jud
1/21/09